No. 10-9479. **Jimmy A. Jones, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2945, ■

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 400 Fed. Appx. 462.

No. 10-9483. **Carlton McIntosh, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2128, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2902.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 699.

No. 10-9484. **Aaron Pendergrass, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2892.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 552.

No. 10-9492. **Andre Johnson, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2901.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 627 F.3d 578.

No. 10-9494. **Marco Contreras, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2992.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 160.

No. 10-9495. **John Leo De Marco, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2858.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 398.

No. 10-9500. **Melaine Devone Rogers, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2855.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 607.

No. 10-9503. **Juan Antonio Anguino-Adriano, Petitioner v. United States.**

563 U.S. 951, 131 S. Ct. 2129, 179 L. Ed. 2d 918, 2011 U.S. LEXIS 2837.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 737.